

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00322-CV

**VACZILLA TRUCKING, LLC**,
Appellant

v.

**CINTAS CORPORATION**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-03-00059-CVK
Honorable Ron Carr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that Appellant's motion to dismiss is GRANTED. Costs of appeal are taxed against the party incurring same.

SIGNED September 3, 2014.

_____
Karen Angelini, Justice